ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 1 9 2012

CLERK, U.S. DISTRICT COURT
By_____ Deputy

GINO ROMANO, AND ALL OTHERS
SIMILARLY SITUATED,
PLAINTIFF

CASE NO._____

V.

KIM KARDASHIAN A/K/A
KIMBERLY NOEL "KIM" KARDASHIAN;
MARK CUBAN;
KHLOE KARDASHIAN;
LAMAR ODOM;
KRIS JENNER,
DEFENDANTS

3-12CV1923-K

PRELIMINARY INJUNCTION
TEMPORARY RESTRAINING ORDER

I AM FACING IMMINENT DANGER AND BODILY HARM FROM THE DEFENDANTS AND I SEEK A RESTRAINING ORDER AGAINST THEM.

I WAS IN DALLAS AT THE AMERICAN AIRLINES CENTER DURING THE MAVS FIRST HOME GAME AND I WAS IN A SUITE AND THE SUITE NEXT TO ME WAS OWNER MARK CUBAN'S PERSONAL SUITE AND INSIDE WITH HIM WERE DEFENDANTS KIM KARDASHIAN, KRIS JENNER & KHLOE KARDASHIAN ALL THERE TO WATCH AND CHEER FOR KHLOE'S HUSBAND LAMAR ODOM AND I HEARD MARK CUBAN TELLING THE KARDASHIANS & KRIS JENNER " LOOK, HERE IS THE DEAL, LAMAR ODOM IS NO GOOD, I WANT TO RELEASE HIM FROM THE TEAM, HIS BALL SKILLZ SUCK" THEN CUBAN TOLD KHLOE & KIM KARDASHIAN " WE CAN NEGOTIATE, YOU DO ME A FAVOR , AND I WILL KEEP LAMAR ON THE TEAM FOR THE SEASON AND PAY HIM" KHLOE SAID " WHAT KIND OF FAVOR" MARK CUBAN SAID " I WANT YOU & KIM TO MAKE A SEX TAPE WITH ME, AND KRIS JENNER IS GOING TO FILM IT" AND THEN KRIS JENNER SAID " NO PROBLEM" AND JENNER TOLD KIM & KHLOE TO DO IT , DO IT FOR THE TEAM, AND JENNER SAID SHE WILL ROOT FOR THEM WHILE SHE FILMS IT. SO, MARK CUBAN TOOK KIM, KHLOE , AND KRIS JENNER OUT OF HIS SUITE, AND TOOK THEM TO A MOP CLOSET THAT JANITORS USE TO CLEAN THE ARENA, AND I FOLLOWED THEM AND I CLIMBED INTO THE VENTILATION SYSTEM AND CREEPED THROUGH THE DUCTS AND HAD A PERFECT VIEW AND I WITNESSED MARK CUBAN MAKING LOVE WITH KIM KARDSHIAN WHILE KHLOE WAS IN A DOMINITRIX OUTFIT AND THEY ALL HANDCUFFED EACH OTHER AND HAD SEXUAL INTERCOURSE WHILE KRIS JENNER FILMED IT AND I PULLED OUT MY I-PHONE AND FILMED IT AND KRIS JENNER CALLED ON VERIZON AND TOLD HER TO COME JOIN, AND

KRIS JENNER CALLED ON VERIZON AND TOLD HER TO COME JOIN, AND KOURTNEY ARRIVED WITHIN MINUTES AND MARK CUBAN HAD SEX WITH KOURTNEY, AND I SNEEZED IN THE VENT, THEN THE DEFENDANTS LOOKED UP AND SAW ME , KIM KARDASHIAN YELLED " GET HIM" " DONT LET HIM ESCAPE WITH THAT SEX TAPE" AND I SPEED CRAWLED OUT THE VENT AND RAN OUT OF AMERICAN AIRLINES CENTER AND ESCAPED. NOW I BEEN IN HIDING EVER SINCE. MY BEST FRIEND JONATHAN LEE RICHES GOT OUT OF PRISON ON APRIL 30TH, 2012 AND I GAVE RICHES THE MASTER COPY OF THE MARK CUBAN KARDASHIAN SEX TAPE,WE WERE IN NASHVILLE AND THE KARDASHIANS FOUND US AND ASSAULTED US AT MCDONALDS TRYING TO GET THE SEX TAPE, BUT WE GOT AWAY. NOW THE KARDASHIANS HAVE BEEN FOLLOWING ME AROUND THE COUNTRY TRYING TO RETRIEVE DAMAGING EVIDENCE AGAINST THEM , I ALSO HAVE PROOF THAT DURING THE SEX ACT THAT MARK CUBAN GOT KOURTNEY KARDASHIAN PREGNANT, IT IS NOT SCOTT DISICKS CHILD. I CONSULTED WITH RICHES WHO TOLD ME TO FILE A RESTRAINING ORDER ,1) CAUSE ITS EASY .2) ITS MY RIGHT AND 3) IF/WHEN THE KARDASHIANS GET AHOLD OF ME AND ASSASSINATE MY LIFE , AT LEAST I GET THE TRUTH ON RECORD. SO PLEASE , HELP ME , SO HELP ME GOD. I PRAY THIS COURT GRANTS MY RESTRAINING ORDER FOR RELIEF.

RESPECTFULLY,

GINO ROMANO
143 ROEBLING ST
SUITE 5
BROOKLYN, NY 11211

GINO ROMANO
143 RoeBling St.
Suite 5
Brooklyn, NY 11211

SOUTHEASTERN PA 193
14 JUN 2012  PM 4 L

3-12CV1923-K

United States District Court
Northern District of Texas
Clerk of Court
U.S. Courthouse
1100 Commerce St.
Dallas, Texas 75242



RECEIVED
JUN 19 2012
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS