IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GINO ROMANO,** | § | |
| Plaintiff, | § | |
| | § | 3:12-CV-1923-K |
| v. | § | |
| | § | |
| **KIM KARDASHIAN, ET AL.,** | § | |
| Defendants. | § | |

## JUDGMENT

The Court has entered its Order accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge in this case.

It is therefore ORDERED, ADJUDGED and DECREED that Plaintiff's motion to proceed *in forma pauperis* is denied and the complaint is dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2).

It is further ORDERED that Plaintiff pay a $100.00 monetary sanction before filing any new civil action in this Court and provide proof of payment of such sanction when he files the new action. For purposes of this sanction, "filing" includes civil actions received by a federal court via transfer or removal. In the event that the Court receives a transferred or removed civil action involving Plaintiff, he shall provide proof of payment of the sanction within thirty days of the date of the order of transfer or removal or the Court will summarily dismiss the action. In the event the Court receives a complaint directly from Plaintiff that is not accompanied by the requisite proof of payment, the Court hereby directs the Clerk of Court to docket the filing for

administrative purposes only and immediately close the case after placing a copy of this Order in the case file. The Court will not otherwise address or acknowledge submissions that are not accompanied by proof that the monetary sanction has been paid.

It is further ORDERED that the Clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

SO ORDERED.

Signed August 9th, 2012.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE